### 16977. ADAMS *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Conviction of seduction; from Hart superior court—Judge W. L. Hodges. October 22, 1925.

*B. B. Zellars, J. B. McCurry,* for plaintiff in error.

*A. S. Skelton, solicitor-general, J. H. & Emmett Skelton,* contra.